IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHAHAR, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HOTWIRE, INC., and EXPEDIA, INC.<br><br>  Defendants. | Case No. C-12-06027 JSW<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2** AS MODIFIED |

## **[PROPOSED] ORDER ON STIPULATION**

WHEREAS, Defendant Hotwire, Inc. filed and served a Motion to Dismiss Plaintiff Daniel Shahar's First Amended Complaint and a Motion for Judicial Notice on May 15, 2013 (Dkt. Nos. 37, 38);

WHEREAS, Pursuant to Local Rule 7-3, Mr. Shahar's Oppositions to these Motions are currently due on May 29, 2013, and Defendants' Reply briefs are currently due on June 5, 2013;

[PROPOSED] ORDER
CASE NO. 12-cv-06027-JSW

-1-

WHEREAS, the parties, for good cause showing, have stipulated and agreed that Mr. Shahar's Oppositions to Defendant's Motion to Dismiss and Motion for Judicial Notice shall be due on ~~June 12, 2013~~ June 7, 2013 and that any reply in support of the Motions shall be due on ~~June 26, 2013~~ June 21, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 24, 2013

_____
Honorable Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER
CASE NO. 12-cv-06027-JSW

-2-